THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 3:22-CR-318 |
| | : | (JUDGE MARIANI) |
| VICTOR BLANCO, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, THIS 10th DAY OF JULY, 2023, IT IS HEREBY ORDERED THAT:

1. For the reasons set forth in this Court's accompanying memorandum opinion, Defendant Victor Blanco's Motion to Suppress Statements (Doc. 40) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Defendant's motion to suppress his statement that he associates with members of the Sureno gang, made to Lt. Turner during the post-incident preliminary interview on August 24, 2022, is **GRANTED**.

    b. Defendant's motion to suppress his statement that "I'm a Sureno. I don't sign shit", made to Lt. Turner on September 2, 2022 is **DENIED**.

2. Trial in this action will be scheduled at the request of any party following the expiration of the deadline for co-Defendant Isaac Carreno to file pre-trial motions (*see* Doc. 53) or, if Defendant Carreno files one or more pre-trial motions, following the disposition of those pre-trial motions. The time between the date of this Order and the expiration of the deadline for Defendant Carreno to filed pre-trial motions

or, if pre-trial motions are filed, the time between the date of this Order and the date upon which Defendant Carreno's pre-trial motion(s) are decided, is excluded from Speedy Trial calculations pursuant to 18 U.S.C. § 3161(h)(6) and (7).

_____
Robert D. Mariani
United States District Judge